GRANTED and the Clerk shall execute release and send to Texas.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | NO: 3:02-00165 |
| | ) | SENIOR JUDGE WISEMAN |
| JAMIE ALONSO BARRERA | ) | |

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: *[signature]*
Deputy Clerk

## MOTION FOR RELEASE OF DEED OF TRUST SECURING APPEARANCE BOND

Comes counsel for the defendant, Jamie Alonso Barrera, by and on behalf of the defendant and respectfully moves the court to release the deed of trust on the property of the defendant's father and mother that secured his release on bond.

In support of which it would be shown that the defendant was released on conditions of release pending his appearance in the Middle District of Tennessee by the United States Magistrate Judge for the Eastern District of California. On the defendant's appearance before the United States Magistrate for the Middle District of Tennessee on December 08, 2003 the defendant was released on the same conditions established by the magistrate judge in California. (Docket Entry 272). The conditions of release included the posting of a secured property bond in the sum of thirty-five thousand dollars. The bond was secured by property owned by the defendant's father and mother, Leopoldo Franco and Irene A. Franco. The property is known as 8515 Rigby Court, Humble,

Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | NO: 3:02-00165 |
| ) | SENIOR JUDGE WISEMAN |
| ) | |
| JAMIE ALONSO BARRERA ) | |

**MOTION FOR RELEASE OF DEED OF TRUST
SECURING APPEARANCE BOND**

Comes counsel for the defendant, Jamie Alonso Barrera, by and on behalf of the defendant and respectfully moves the court to release the deed of trust on the property of the defendant's father and mother that secured his release on bond.

In support of which it would be shown that the defendant was released on conditions of release pending his appearance in the Middle District of Tennessee by the United States Magistrate Judge for the Eastern District of California. On the defendant's appearance before the United States Magistrate for the Middle District of Tennessee on December 08, 2003 the defendant was released on the same conditions established by the magistrate judge in California. (Docket Entry 272). The conditions of release included the posting of a secured property bond in the sum of thirty-five thousand dollars. The bond was secured by property owned by the defendant's father and mother, Leopoldo Franco and Irene A. Franco. The property is known as 8515 Rigby Court, Humble,

Texas 77346. A copy of the deed of trust, as prepared for filing by the United States Public Defender's Office for the Eastern District of California, is attached hereto as Exhibit A.

The defendant having appeared for trial as ordered and all conditions of the bond having been met, it is respectfully requested that the Court order that the deed of trust securing the defendant's appearance be released and that an appropriate release be filed and recorded with the Register's Office for Harris County, Texas. The defendant further requests that the Court's order provide notice of the order of release to the United States District Court Clerk for the Eastern District of California.

Respectfully submitted,

Michael Noel
Attorney for Jamie Alonso Barrera

5115 Maryland Way
Brentwood, TN   37027
TSCRN 2593

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion has been served through the court's electronic filing system and by other means where necessary to:

> Honorable Lee Denke
> Assistant United States Attorney
> 110 Ninth Avenue South
> Suite A-961
> Nashville, TN  37203

_____
Michael Noel
Attorney at Law

UNITED STATES V. JAIME ALONSO BARRERA
EDCA MG F-03-2334 M; TNMDC 02 CR.000165

RECORDING REQUESTED BY

The Office of the Federal Defender

AND WHEN RECORDED MAIL TO

NAME: CLERK OF THE COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
ADDRESS: 1130 O STREET, ROOM 5000
CITY & STATE: FRESNO, CALIFORNIA 93721

Title Order No. _____ Escrow No. _____



SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST WITH ASSIGNMENT OF RENTS AS ADDITIONAL SECURITY

This DEED OF TRUST made on the _____ day of November 2003, between Leopoldo Franco and Irene A. Franco, husband and wife, as joint tenants, herein called TRUSTORS, whose address is 8515 Rigby Court    Humble    Texas.    77346
(Number and Street)    (City)    (State)    (Zip Code)

First American Title Company, a Texas Corporation, herein called TRUSTEE, and the Clerk of the Court for the Eastern District of California, 1130 O Street, Room 5000, Fresno, California 93721, herein called BENEFICIARY.

Trustor irrevocably grants, transfers and assigns to Trustee in Trust, with Power of Sale that property in the City of Humble, County of Harris, Texas, described as:

> Lot Twenty-two (22) in Block Twenty (20) of Walden on Lake Houston, Phase II, Olympic Village, a Subdivision of Harris County, Texas, According to the Map or Plat Thereof, Recorded in Volume 308, Page 83 of the Map Records of Harris County, Texas.

In the event the herein described property or any part thereof, or any interest therein which has been given as security for the payment of this obligation is sold, agreed to be sold, conveyed or alienated by the Trustor, or by the operation of law or otherwise all obligations secured by this instrument, irrespective of the maturity dates expressed therein, at the option of the holder hereof and without demand or notice shall immediately become due.

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing (1) payment of the sum of Thirty Five Thousand and 00/100ths dollars (U.S. $35,000.00) with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustors, payable to the order of the Beneficiary, and extensions or renewals thereof; (2) the performance of each agreement of Trustors incorporated by reference or contained herein or reciting it is so secured; (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustors, or their successors or assigns, when evidence by a promissory note or notes reciting that they are secured by this Deed of Trust.

EXHIBIT __A__

Case 3:02-cr-00165    Document 395    Filed 09/26/2006    Page 4 of 5

To protect the security of this Deed of Trust, and with respect to the property above described, Trustors expressly make each and all of the agreements, and adopt and agree to perform and be bound by each and all of the terms and provisions set forth in that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, shall inure to and bind the parties hereto, with respect to the property above described.

Said agreements, terms and provisions contained and incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustors request that a copy of any notice of default and any notice of sale hereunder be mailed to them at their address herein before set forth.

STATE OF TEXAS  
COUNTY OF ____HARRIS____ } S.S.

**Signature of Trustors**

On _____ before me,    **(LEOPOLDO FRANCO)**

_____    **(IRENE A. FRANCO)**  
a Notary Public in and for said County and State, personally appeared

LEOPOLDO FRANCO

IRENE A. FRANCO

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(This area for official notarial seal)

WITNESS my hand and official seal.

Signature _____